UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In Re:

BRITON W LIEN
CHRISTIE L LIEN

Case No. - BKY 14-44048 KHS
Chapter 13

Debtor(s)

_____

TRUSTEE'S NOTICE OF FINAL CURE PAYMENT
CLAIM HOLDER: Select Portfolio Servicing, Inc

Gregory A. Burrell, Chapter 13 Trustee, for his Notice of Final Cure Payment, states as follows:

1. The debtor has completed all payments under the plan and has paid in full the amount required to cure the default under the claim holder's claim, in accordance with the terms of the confirmed chapter 13 plan.

**Name of Creditor**: Select Portfolio Servicing, Inc

---

**Final Cure Amount**

| Court Claim# | Account# | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 625 | 9396 | $2015.54 | $2015.54 | $2015.54 |

| | |
|---|---|
| Direct Amount Paid by Debtor | $0.00 |
| Total Amount Paid by Trustee | $2015.54 |

2. This notice is being provided in compliance with FED. R. BANKR. P. 3002.1(f), to claimants whose claims are secured by a security interest in the debtor's principal residence and whose claims are provided for under 11 U.S.C. § 1322(b)(5).

3. NOTICE OF OBLIGATION TO FILE AND SERVE A RESPONSE:

**THE CLAIMANT HAS AN OBLIGATION UNDER THIS RULE TO FILE AND SERVE A RESPONSE TO THIS NOTICE. THE NOTICE MUST BE FILED WITH THE BANKRUPTCY COURT AND SERVED ON THE DEBTOR, THE DEBTOR'S COUNSEL, AND THE TRUSTEE, NOT LATER THAN 21 DAYS AFTER SERVICE OF THIS NOTICE. FED. R. BANKR. P. 3002.1(g) SETS FORTH THE SPECIFICS GOVERNING THE CLAIMANT'S RESPONSE.**

Dated: November 4, 2019 /e/ Gregory A. Burrell
Gregory A. Burrell, Chapter 13 Trustee
100 South Fifth Street, Suite 480
Minneapolis, MN 55402
(612) 338-7591

## VERIFICATION

I, Linda Goneau, an employee of the Trustee, declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: November 4, 2019                           /s/ Linda Goneau

## CERTIFICATE OF SERVICE

I, Linda Goneau, employed by Gregory A. Burrell, Chapter 13 Trustee, declare under penalty of perjury, that on November 4, 2019, I served a copy of this notice on the individual(s) named below, in the manner described.

**Copy to Debtor(s) addressed to:**

BRITON W LIEN
CHRISTIE L LIEN
15535 IODINE COURT NW
RAMSEY, MN 55303

**Additional Copy(s) served electronically through the Court's ECF System or by first class U.S. mail postage prepaid addressed to:**

SELECT PORTFOLIO SVCING
PO BOX 65250
ATTN BANKRUPTCY DEPT
SALT LAKE CITY, UT 84165-

Select Portfolio Servicing, Inc
PO Box 65450
Salt Lake City, UT 84165-

Curtis K. Walker
4356 Nicollet Avenue South

Minneapolis, MN 55409-2033

Shapiro & Zielke, LLP
12550 West Frontage Road, Suite 200
Burnsville MN 55337-

and I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: November 4, 2019

/e/ Linda Goneau
Linda Goneau